APPLICANT: <u>SANTOS JOEL FLORES, JR.</u>          APPLICATION NO. <u>WR-83,152-01</u>

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DENIED IN PART AND DISMISSED IN PART WITH WRITTEN ORDER.**

*Cheryl Johnson*                                             5/13/15

JUDGE                                                        DATE